**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **YOLANDA LAWSON** | § | **BANKRUPTCY CASE NO. 09-35043-H5-7** |
| | § | |
| **DEBTOR(S)** | § | **CHAPTER 7 PROCEEDING** |
| | § | |

### Debtor's Response to Order Regarding Necessity of Filing Payment Advices

My name is Yolanda Lawson. I am a debtor in this bankruptcy case. I declare that I did not receive any payment advices or other evidence of payment from any employer during the 60 days before the date of the filing of the bankruptcy petition. If this case is a joint case, both spouses have signed below to make this declaration jointly with respect to both.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Monday, July 13, 2009.

Signature of Debtor        */s/ Yolanda Lawson*
                           Yolanda Lawson