

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/19/2009

In re:   YOLANDA CARLETTE LAWSON   §
§
§

Case No. 09-35043-H5-7
Chapter 7

### DEFAULT / UNOPPOSED / UNCONTESTED ORDER GRANTING
### RELIEF FROM AUTOMATIC STAY
(This Order Resolves Docket #9)

NUVELL CREDIT COMPANY LLC ("Movant") filed a motion for relief from the automatic stay against one (1) 2008 Chevrolet Equinox bearing serial number 2CNDL23F886298798 (the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As certified by Movant's counsel, there is no effective opposition to the requested relief. Accordingly, the Court grants relief.

It is ordered that Movant is granted relief from the automatic stay to pursue its state law remedies, including foreclosure, repossession and/or with respect to the Property.

AUG 1 9 2009

ReservedForJudgeSignature

IF NO OPPOSITION OR REQUEST FOR HEARING HAS BEEN FILED 5 DAYS BEFORE THE SCHEDULED HEARING ON THE MOTION TO LIFT STAY, MOVANT MAY COMPLETE AND FILE THE FOLLOWING CERTIFICATION. IF THE CERTIFICATION IS MADE AT LEAST 2 DAYS PRIOR TO THE HEARING, MOVANT NEED NOT ATTEND THE HEARING. THE COURT WILL EITHER ISSUE THE DEFAULT ORDER OR WILL RESCHEDULE THE HEARING IF THE COURT DETERMINES THAT A HEARING IS NEVERTHELESS NECESSARY.

### Counsel's certification:

Movant's motion for relief from the stay was served in accordance with applicable bankruptcy rules on July 22, 2009. I have reviewed the docket sheet in this case to confirm the accuracy of the statements in this certification. Any trustee response that has been filed reflects an absence of opposition. Additionally, I certify that (i) no response has been filed by the Debtor or any creditor; (ii) although a response was filed, the only responses reflected an absence of opposition to the requested relief; or (iii) although a response was filed, the response did not deny ANY of the factual allegations in the motion.

/s/ *Billy G. Baca*  
Movant's counsel signature  
BILLY G. BACA  
State Bar No. 01486800  
S.D. Tex. Bar No. 3719  
5225 Katy Freeway, Suite 350  
Houston, Texas  77007  
(713) 864-8000   (713) 864-0179 facsimile  
*BGBaca@LBandD.com*

August 13, 2009  
Date

Form O-300