

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/19/2009

In re: YOLANDA CARLETTE LAWSON § Case No. 09-35043-H5-7
§ Chapter 7

### DEFAULT / UNOPPOSED / UNCONTESTED ORDER GRANTING
### RELIEF FROM AUTOMATIC STAY
(This Order Resolves Docket #9)

NUVELL CREDIT COMPANY LLC ("Movant") filed a motion for relief from the automatic stay against one (1) 2008 Chevrolet Equinox bearing serial number 2CNDL23F886298798 (the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As certified by Movant's counsel, there is no effective opposition to the requested relief. Accordingly, the Court grants relief.

It is ordered that Movant is granted relief from the automatic stay to pursue its state law remedies, including foreclosure, repossession and/or with respect to the Property.

AUG 1 9 2009      ReservedForJudgeSignature

IF NO OPPOSITION OR REQUEST FOR HEARING HAS BEEN FILED 5 DAYS BEFORE THE SCHEDULED HEARING ON THE MOTION TO LIFT STAY, MOVANT MAY COMPLETE AND FILE THE FOLLOWING CERTIFICATION. IF THE CERTIFICATION IS MADE AT LEAST 2 DAYS PRIOR TO THE HEARING, MOVANT NEED NOT ATTEND THE HEARING. THE COURT WILL EITHER ISSUE THE DEFAULT ORDER OR WILL RESCHEDULE THE HEARING IF THE COURT DETERMINES THAT A HEARING IS NEVERTHELESS NECESSARY.

**Counsel's certification:**

Movant's motion for relief from the stay was served in accordance with applicable bankruptcy rules on July 22, 2009. I have reviewed the docket sheet in this case to confirm the accuracy of the statements in this certification. Any trustee response that has been filed reflects an absence of opposition. Additionally, I certify that (i) no response has been filed by the Debtor or any creditor; (ii) although a response was filed, the only responses reflected an absence of opposition to the requested relief; or (iii) although a response was filed, the response did not deny ANY of the factual allegations in the motion.

/s/ *Billy G. Baca*         August 13, 2009
Movant's counsel signature        Date
BILLY G. BACA
State Bar No. 01486800
S.D. Tex. Bar No. 3719
5225 Katy Freeway, Suite 350
Houston, Texas 77007
(713) 864-8000  (713) 864-0179 facsimile
*BGBaca@LBandD.com*

Form O-300

# CERTIFICATE OF NOTICE

```
District/off: 0541-4          User: lfil              Page 1 of 1            Date Rcvd: Aug 19, 2009
Case: 09-35043                Form ID: pdf002         Total Noticed: 2

The following entities were noticed by first class mail on Aug 21, 2009.
db           +Yolanda Carlette Lawson,    10373 N. Sam Houston Pkwy E. # 937,    Humble, TX 77396-4454
cr            Nuvell Credit Company LLC,    PO Box 130156,    Roseville, MN  55113-0002

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2009**                       **Signature:**        _Joseph Speetjens_