**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:  Yolanda Carlette Lawson

**Debtor(s)**

Case No.: 09–35043

Chapter:   7

**ENTERED**
**10/20/2009**

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Lowell T Cage is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 10/20/09

KAREN K BROWN
United States Bankruptcy Judge