**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



In Re: Yolanda Carlette Lawson

**Debtor(s)**

Case No.: 09–35043

Chapter: 7

ENTERED
10/20/2009

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Lowell T Cage is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 10/20/09

KAREN K BROWN
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0541-4           User: admin                  Page 1 of 2                   Date Rcvd: Oct 20, 2009
Case: 09-35043                 Form ID: fnldtxs             Total Noticed: 48

The following entities were noticed by first class mail on Oct 22, 2009.
db         +Yolanda Carlette Lawson,    10373 N. Sam Houston Pkwy E. # 937,    Humble, TX 77396-4454
cr          Nuvell Credit Company LLC,    PO Box 130156,   Roseville, MN 55113-0002
6369776    +Aaron's,   5214 Aldine Mail Route,    Houston, TX 77039-3804
6369777    +Ardmore Finance,    6739 Airline Drive,    Houston, TX 77076-3522
6369778    +BAC Home Loans,    450 American Street,    Simi Valley, CA 93065-6285
6369779    +Bally Total Fitness,    12440 E. Imperial , STE. 300,    Norwalk, CA 90650-3178
6369780    +Big City Finance,    11811 North Freeway # 415,    Houston, TX 77060-3287
6369787    +CMI Credit Management LP,    4200 International Pkwy,    Carrollton, TX 75007-1930
6369788     CMRE Financial,    3075 E. Imperial HW, STE. 200,    San Bernardino, CA 92423
6369781    +Cash America Pawn,    12825 Aldine Westfield,    Houston, TX 77039-5305
6369782    +Cash Store Corporate Office,    1901 Gateway Drive, Suite 200,    Irving, TX 75038-2425
6369783     Centerpoint Energy,    PO Box 2628,    Houston, TX 77252-2628
6369784    +Central Finance Control,    PO Box 66051,    Anaheim, CA 92816-6051
6369785     CitiFinancial,    Bankruptcy Dept,    PO Box 142229,    Irving, TX 75014-2229
6369786    +CitiFinancial Mortgage,    Bankruptcy Dept,    1111 Northpoint Drive, # 100,
             Coppell, TX 75019-3831
6369790     Conserve,    200 Cross Keys,    Fairport, NY 14450
6369791    +Countrywide Home Loans,    PO Box 961206,    Fort Worth, TX 76161-0206
6369792    +Covington Credit,    11939 Eastex Freeway,    Houston, TX 77039-6130
6369795    +Delta Credit,    2120 S. Wayside Drive, # D,    Houston, TX 77023-3900
6369797    +EZ Loan,    9659 N. Sam Houston Parkway E,    Humble, TX 77396-1529
6369798    +EZ Money,    2028 East St. Elmo,    Austin, TX 78744-1018
6369796    +Experian Information Solutions,    NCAC,    701 Experian Parkway,    Allen, TX 75013-3713
6369799    +Fitness Connection,    PO Box 680768,    Houston, TX 77268-0768
6369803    +HSBC Bank USA, N.A.,    Bankruptcy Dept,    PO Box 2013,    Buffalo, NY 14240-2013
6369800    +Harris County Credit Union,    1400 Franklin Street,    Houston, TX 77002-2247
6369801    +Hermanos Loans,    2121 N. Main, Suite D,    Houston, TX 77009-8085
6369802    +Houston Finance Co, Inc.,    405 Main, Suite B- 101,    Houston, TX 77002-1854
6369804   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court: Internal Revenue Service,    P.O. Box 21126,
             Philadelphia, PA  19114-0326)
6369805    +Lighthouse Capital Solutions, LLC,    PO Box 18022,    Tampa, FL 33679-8022
6369806    +Main Finance,    64 E. Crosstimbers # A,    Houston, TX 77022-6217
6369807    +Midland Credit Management,    4310 East Broadway,    Phoenix, AZ 85040-8808
6369808    +NCO Financial Systems,    Bankruptcy Dept.,    150 Crosspoint Parkway,    Getzville, NY 14068-1602
6369809    +Network Connections,    9894 Bissonnet # 650,    Houston, TX 77036-8286
6369810     Nuvell Credit Company LLC,    Attn Bankruptcy Dept,    PO Box 130156,    Roseville, MN 55113-0002
6369812     Royal Management,    25331 IH West, Suite 101,    San Antonio, TX 78257
6369813    +South West Credit,    5910 W. Plano Parkway, Suite 100,    Plano, TX 75093-2202
6369814    +Speedy Cash,    883 Federal Road, Suite A,    Houston, TX 77015-4830
6369816    +Trans Union Consumer Solutions,    PO Box 2000,    Chester, PA 19016-2000
6369817    +United Collection Bureau, Inc.,    5620 Southwyck Blvd. , Suite 206,    Toledo, OH 43614-1501
6369821    +Worth Finance,    510 S. Congress # 31,    Austin, TX 78704-1716
6369820    +Worth Finance,    5186 Aldine Mail Route,    Houston, TX 77039-3802
The following entities were noticed by electronic transmission on Oct 20, 2009.
6369794    +E-mail/Text: dallison@csc.com                            CSC Credit Services,
             652 N Sam Houston Parkway East,    Houston, TX 77060-5994
6369789    +E-mail/Text: CONNBANKRUPTCY@CONNS.COM                           Conn's,   PO Box 2358,
             Beaumont, Texas 77704-2358
6369793    +E-mail/Text: CSIREQ@CREDITSYSTEMSINTL.COM                           Credit Systems,
             1277 Country Club,    Fort Worth, TX 76112-2304
6369811    +E-mail/Text: ebn@phinsolutions.com                           RJM Aquisitions,
             575 Underhill BLVD., STE. 224,    Syosset, NY 11791-3416
6369815    +E-mail/Text: tloans@sbcglobal.net                           Tiempo Loans,
             2121 North Main, Suite E,    Houston, TX 77009-8085
6369819    +E-mail/PDF: bk@worldacceptance.com Oct 20 2009 23:44:24     World Finance,    PO Box 6429,
             Greenville, SC 29606-6429
6369818    +E-mail/PDF: bk@worldacceptance.com Oct 20 2009 23:44:24     World Finance,
             1712 1st Street E, Suite G,    Humble, TX 77338-5286
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0541-4          User: admin                Page 2 of 2                    Date Rcvd: Oct 20, 2009
Case: 09-35043                Form ID: fnldtxs           Total Noticed: 48
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 22, 2009**                          **Signature:**   *Joseph Speetjens*